UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

LESLIE GREER,  CASE NO.: 0:11-cv-60555-JIC-BSS

   Plaintiff,

vs.

SOGO, INC., a Florida corporation,

   Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Leslie Greer, by and through the undersigned counsel and hereby gives notice to this Honorable Court of her voluntary dismissal of the above-styled cause.

Dated:  April 11, 2011
          s/Stephan M Nitz_____
          Stephan M. Nitz
          Florida Bar No.:  45561
          Schwartz Zweben LLP
          3876 Sheridan Street
          Hollywood, FL  33021
          (954)-966-2483 -Telephone
          (954)-966-2566- Facsimile
          snitz@szalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court on April 11, 2011, and furnished a true and correct copy via U.S. mail to: KING HUNG KWAN, Registered Agent for SOGO, Inc., 8381 Pines Blvd., Pembroke Pines, FL  33024.

          s/Stephan M Nitz_____
          Stephan M. Nitz